UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-18-0230 |
| | § | |
| MOSES SEEDORF SAID | § | |

## NOTICE OF RELATED CASE

The United States of America, by and through the undersigned attorney, respectfully gives Notice to this Honorable Court that this case, *United States vs. Moses Seedorf Said*, is related to the fraud scheme and conspiracies charged in the related case pending before the Honorable Vanessa D. Gilmore, United States District Judge: *United States v. Lanamasha Hampton, et al.*, 18-CR-197, filed on April 4, 2018

*U.S. v. Moses Seedorf Said* and *U.S. v. Lanamasha Hampton, et al.* share the same conspiracies, the same parties, the same victim, and the same core of facts.

The United States respectfully requests that this Criminal Action be consolidated before Judge Gilmore for the purposes of judicial economy, fairness, and equity to the parties.

Respectfully submitted,

RYAN K. PATRICK

UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

/s/ Vernon Lewis
Vernon Lewis
Assistant U.S. Attorney
Tel. (713) 567-9505