United States Courts
Southern District of Texas
**FILED**

MAY 03 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:18-CR-230 |
| | ) | |
| Moses Said | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05.03.18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Dustan Neyland
*Printed name of defendant's attorney*

_____
*Judge's signature*

Dena Palermo
UNITED STATES MAGISTRATE JUDGE