United States District Court
Southern District of Texas
**ENTERED**
August 02, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CR. NO. 4:18-CR-230 |
| MOSES SEEDORF SAID | § | |

**ORDER ON UNOPPOSED MOTION TO TRAVEL**

Came on for consideration, Defendant's request to travel and after having reviewed the request herby Orders that the request is:

\_\_\_✓\_\_\_ GRANTED and the defendant is allowed to travel within the continental United States for employment purposes with approval from United States Probation Office for each trip.

\_\_\_~~DENIED~~\_\_\_

Signed this \_\_2nd\_\_ day of August_____, 2019

_____
JUDGE VANESSA GILLMORE