United States District Court
Southern District of Texas
**ENTERED**
September 18, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
for the
Southern District of Texas
Houston Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:18-CR-230 |
| ) | |
| v. ) | |
| ) | |
| MOSES SEEDORF SAID, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON UNOPPOSED MOTION TO EXTEND SELF SURRENDER DATE

After reviewing the motion and the defendant hereby finds the motion is:

✓ GRANTED, and that the Bureau of Prisons will issue a new surrender date for _no later than June 1, 2021, to give Defendant time to make childcare arrangements. No additional extension of the surrender date will be permitted._

Or

~~DENIED~~

Signed 9/18/2020

HONORABLE VANESSA GILMORE

1