United States District Court
Southern District of Texas
**ENTERED**
March 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | CRIMINAL NO. 4:18-CR-230-01 |
| v. § | |
| § | |
| MOSES SEEDORF SAID, § | |
| Defendant, § | |
| § | |
| and § | |
| § | |
| FIDELITY INVESTMENTS, § | |
| Garnishee. § | |

## FINAL ORDER OF GARNISHMENT

Defendant, Moses Seedorf Said, was ordered to pay $3,439,900.81 in restitution plus interest at rate of 1.660%. As of February 22, 2022, the total outstanding balance is $3,098,389.77. The United States has moved for a Final Order of Garnishment against the non-exempt property belonging to Defendant, Moses Seedorf Said and spouse, Abagail Sinowestski

The Court ORDERS as follows:

1. Garnishee Fidelity Investments may withhold federal taxes and applicable penalties, if any, from non-exempt funds before turning the property over to the United States. Garnishee shall notify the United

States of the amount and the reason for each amount withheld.

2. Within fifteen (15) days from the date of its receipt of this Order, the Garnishee shall turn over to the United States all non-exempt funds in its possession in the **individual brokerage accounts ending in 0954 and 8959** (the **Unites States is not looking to garnish any funds from the 529 education accounts ending in 5347, 5355 and 5365**), up to $3,098,389.77 plus interest, which is the outstanding balance on the Defendant's debt as described above. Garnishee shall do so by issuing a check or money order made payable to United States District Clerk. The cashier's check or money order should bear criminal case number 4:18-CR-230-01 and be mailed to the

    UNITED STATES DISTRICT CLERK
    ATTN: FINANCE
    515 RUSK SUITE 5300
    HOUSTON, TX 77002.

3. Upon receipt, the United States District Clerk shall apply the funds towards the restitution and/or fine obligation imposed by the judgment rendered in criminal case number 4:18-CR-230-01.

4. Garnishee shall turn over any additional non-exempt funds that later come into its possession, up to the total amount of $3,098,389.77, which is the outstanding balance on the Defendant's debt as described above.

5. Garnishee shall notify Moses Seedorf Said and spouse, Abagail

Sinowestski and the United States in writing of the dates, sources, and amounts of all the funds it delivers.

6. The United States District Clerk is directed to deliver copies of the Order to the following:

Fidelity Investments, and its affiliates, successors, or assigns
Attn: Legal Operations
100 Crosby Parkway – Mailcode KC1D
Covington, KY 41015
    Garnishee

Moses Seedorf Said
ADDRESS ON FILE
Defendant

Abagail Sinowestski
ADDRESS ON FILE
Defendant's spouse

Jeff Vaden, Esq.
711 Louisiana Street, Suite 2300
Houston, TX 77002
    Defendant & Defendant's Spouse Attorney

Signed in Houston, Texas on March 3, 2022.

UNITED STATES DISTRICT JUDGE
Lynn N. Hughes