United States District Court
Southern District of Texas
**ENTERED**
February 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL ACTION NO. H-18-230 |
| | § |
| MOSES SEEDORF SAID | § |

## ORDER FOR RESPONSE

The defendant has filed a motion seeking to have his sentence reduced and to appoint counsel (Docket Entry Nos. 86, 87). The government is ordered to respond no later than March 8, 2024.

SIGNED on February 15, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge