# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

JUL 03 2024

Nathan Ochsner, Clerk of Court

20240307-50

Moses Seedorf Said 40377-479
FCI Morgantown
PO Box 1000
Morgantown, WV US 26507

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Thursday, March 7, 2024
Case Number: 4:18-cr-00230
Document Number: 90 (2 pages)
Notice Number: 20240307-50
Notice: The attached order has been entered.

---

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

**RETURN TO SENDER**

☐ UNKNOWN: NEED NAME AND/OR CORRECT NUMBER

☐ UNAUTHORIZED CORRESPONDENCE: INMATE TO INMATE
   NEEDS APPROVAL FROM BOTH WARDENS

☐ NO AUTHORIZATION ON FILE: OVER 1 LB WITH UNKNOWN
   UNKNOWN CONTENTS & NO AUTHORIZATION TO RECEIVE

☒ INMATE IS NOT LOCATED AT FCI MORGANTOWN

☐ X-RAY REFUSED

☐ OTHER

NORTH HOUSTON TX

7 MAR 2024 PM 5 L

US POSTAGE PITNEY BOWES

ZIP 77002
02 1W
0001137461  $ 000.64°
MAR. 07. 2024

United States Courts
Southern District of Texas
**FILED**
JUL 03 2024
Nathan Ochsner, Clerk of Court

NIXIE        152    DC 1         0005/27/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010        *2233-05362-07-43